## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT WESTERN OF TEXAS
## PECOS, DIVISION

**FILED**

**DEC 2 9 2014**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

### FORM TO BE USED BY PRISONER IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

ANDRES REYNA MARES,JR.
BOP. # 25048-177
Plaintiff Name and Number

R.C.D.C. I-II
P.O. BOX 1560
PECOS, TEXAS 79772
Place of Confinement

CASE NO. P-14 CV-94
(Clerk will assign the Number

       V.

WARDEN, F.C.I. FORT WORTH, TEXAS
MR. WILLIAMSON, MEDICAL DIRECTOR
MS. WOODER, PHYSICAL THERAPIST

F.C.I. FORT WORTH
P.O. BOX 15330
FORT WORTH, TEXAS 79119
Defendant's Name and Address

DOCTOR, BRIAN G WEBB.
F.C.I. MEDICAL CONTRACTOR

UNIVERSITY OF NORTH TEXAS
855 MONTGOMERY ST
FORT WORTH, TEXAS 76106
Defendant Name and Address

WARDEN , REEVES COUNTY DETENTION CENTER
(I-II), BUREAU OF PRISONS, GEO GROUP
AND MEDICAL DEPARTMENT

R.C.D.C. I-II
P.O. BOX 1560
PECOS, TEXAS 79772
Defendant's Name and Address

---

### INSTRUCTIONS-READ CAREFULLY

**NOTICE:**
**YOUR COMPLAINT IS SUBJECT TO DISMISSAL UNLESS IT CONFORMS TO THESE INSTRUCTION AND THIS FORM.**

**1)** TO START AN ACTION YOU MUST FILE AN ORIGINAL AND ONE COPY OF YOU COMPLAINT WITH THE COURT. YOU SHOULD KEEP A COPY OF THE COMPLAINT FOR YOUR RECORDS.

2) YOUR COMPLAINT MUST BE <u>LEGIBLY</u> HANDWRITTEN, IN INK, OR TYPEWRITTEN. YOU, THE PLANTIFF, MUST <u>SIGN</u> AND DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS ARE CORRECT. IF YOU NEED ADDITIONAL SPACE, **DO NOT USE THE REVERSE SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3) YOU MUST FILE A SEPARATE COMPLAINT FOR EACH CLAIM YOU HAVE UNLESS THE VARIOUS CLAIMS ARE RELATED TO THE SAME INCIDENT OR ISSUE OR ARE ALL AGAINST THE SAME DEFENDANT, RULE 18, FEDERAL RULES OF CIVIL PROCEDURE. MAKE A SHORT AND PLAIN STATEMENT OF YOUR CLAIM, RULE 8, FEDERAL RULES OF CIVIL PROCEDURE.

4) WHEN THESE FORMS ARE COMPLETED, MAIL THE ORIGINAL AND ONE COPY TO THE CLERK OF THE UNITED STATES COURT FOR THE APPROPRIATE DISTRICT OF TEXAS IN THE DIVISION WHERE ONE OR MORE NAMES · DEFENDANTS ARE LOCATED, OR WHERE THE INCIDENT GIVING RISE TO YOUR CLAIM FOR RELIEF OCCURRED. THE LIST LABELED AS "VENUE LIST" IS POSTED IN YOUR UNIT LAW LIBRARY. IT IS A LIST OF THE TEXAS PRISON UNITS INDICATING THE APPROPRIATE DISTRICT COURT, THE DIVISION AND AN ADDRESS LIST OF THE DIVISIONAL CLERKS.

**FILING FEE AND IN FORMA PAUPERIS**

1) IN ORDER FOR YOUR COMPLAINT TO BE FILED, IT MUST BE ACCOMPANIED BY THE FILING FEE OF $150.00.

2) IF YOU DO NOT HAVE THE NECESSARY FUNDS TO PAY THE FILING FEE AT THIS TIME, YOU MAY REQUEST PERMISSION TO PROCEED IN **FORMA PAUPERIS**. IN THIS EVENT YOU MUST COMPLETE THE APPLICATION TO PROCEED IN ·FORMA PAUPERIS (IFP), SETTING FORTH INFORMATION TO ESTABLISH YOUR INABILITY TO PREPAY THE FEES AND COSTS OR GIVE SECURITY THEREFOR. YOU MUST ALSO INCLUDE A CURRENT SIX (6) MONTHS HISTORY OF YOUR INMATE ACCOUNT. YOU CAN ACQUIRE THE APPLICATION TO PROCEED (IFP) AND APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

3) 28 U.S.C. 1915, AS AMENDED BY THE LITIGATION REFORM ACT OF 1995 (PLRA), PROVIDES, "... IF A PRISONER BRINGS A CIVIL ACTION OR FILES AN APPEAL IN FORMA PAUPERIS, THE PRISONER SHALL BE REQUIRED TO PAY THE FULL AMOUNT OF A FILING FEE." THUS, THE COURT IS REQUIRED TO ASSESS AND, WHEN FUNDS EXIST, COLLECT, THE ENTIRE FILING FEE OR AN INITIAL PARTIAL FILING FEE MONTHLY INSTALLMENT UNTIL THE ENTIRE AMOUNT OF THE FILING FEE HAS BEEN PAID BY THE PRISONER. IF YOU SUBMIT THE APPLICATION TO PROCEED IN FORMA PAUPERIS, THE COURT WILL APPLY 28 U.S.C. 1915. AND, IF APPROPRIATE, ASSESS AND COLLECT THE ENTIRE FILING FEE OR AN INITIAL PARTIAL FILING FEE, THEN MONTHLY INSTALLMENTS FROM YOUR INMATE ACCOUNT UNTIL THE ENTIRE $ 150.00. FILING FEE HAS BEEN PAID.

4) IF YOU INTEND TO SEEK IN FORMA PAUPERIS STATUS, THEN DO NOT SEND YOUR COMPLAINT WITHOUT AN APPLICATION TO PROCEED **IFP**, AND THE CERTIF-ICATE OF INMATE TRUST ACCOUNT. COMPLETE ALL THE ESSENTIAL PAPERWORK BEFORE SUBMITTING IT TO THE COURT.

5) **THE COMPLAINT CAN NOT EXCEED 20 PAGES WHICH INCLUDES ALL ATTACHMENTS.**

2

**CHANGE OF ADDRESS**

IT IS YOUR RESPONSIBILITY TO INFORM THE COURT OF ANY CHANGE OF ADDR-
ESS AND ITS EFFECTIVE DATE. SUCH NOTICE SHOULD BE MARKED " **NOTICE TO
THE COURT OF CHANGE OF ADDRESS** " AND SHALL NOT INCLUDE ANY MOTION (S)
FOR ANY OTHER RELIEF. FAILURE TO FILE A NOTICE TO THE COURT OF CHANGE
OF ADDRESS MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT PURSUANT TO
RULE 41(b), FEDERAL RULES OF CIVIL PROCEDURE.

I.   PREVIOUS LAWSUITS:

A. HAVE YOU FILED ANY OTHER LAWSUITS IN STATES OR FEDERAL COURT
RELATING TO YOUR INPRISONMENT?                    ____YES X__NO
B. IF YOUR ANSWER TO " A," DESCRIBE EACH LAWSUIT IN THE SPACE
BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL
LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER,
GIVING THE SAME INFORMATION.)

1.   APPROXIMATE DATE OF FILING LAWSUIT_____
2.   PARTIES TO PREVIOUS LAWSUIT:
     PLAINTIFF (S) _____
     DEFENDANT (S) _____
3.   COURT: (IF FEDERAL, NAME THE DISTRICT; IF STATE,
     NAME THE COUNTRY.)_____
4.   DOCKET NUMBER:_____
5.   NAME OF JUDGE TO WHOM CASE WAS ASSIGNED_____
6.   DISPOSITION: (WAS THE CASE DISMISSED,APPEALED,STILL PENDING?)___
     _____
7.   APPROXIMATE DATE OF DISPOSITION:_____

II.  PLACE OF PRESENT CONFINEMENT:_____

III. EXHAUSTION OF GRIEVANCE PROCEDURES:_____

HAVE YOU EXHAUSTED BOTH STEPS OF THE GRIEVANCE PROCEDURE IN THIS
INSTITUTION?   **X**  YES____NO

ATTACH A COPY OF THE STEP 2 GRIEVANCE WITH THE RESPONSE SUPPLIED BY
THE PRISON SYSTEM.

IV.  PARTIES TO THIS SUIT:

A.   NAME AND ADDRESS OF PLAINTIFF:   ANDRES REYNA MARES,Jr._____

98 W. COUNTRY RD. 204 P.O. BOX 1560 PECOS, TEXAS.U.S. 79772.

B.   FULL NAME OF EACH DEFENDANT, HIS OFFICIAL POSITION, HIS PLACE OF
     EMPLOYMENT, AND HIS FULL MAILING ADDRESS.

DEFENDANT # 1: THE WARDEN OF **F.C.I.** FORT WORTH MEDICAL FACILITY,
LOCATED AT P.O. BOX 15330 FORT, TEXAS 76119. WHO AT THE TIME RELEVANT
HERETO, WAS ASSIGNED BY **B.O.P** AS WARDEN. FAILED TO ISSUE A MEDICAL HOLD
AND TRANSFER THE PLANTIFF FOR **RE-EVALUATION** OF HIS SHOULDER FROM HIS PRIOR SURGERY.

**DEFENDANT #2**: MR. WILLIAMSON, DIRECTOR OF MEDICAL DEPARTMENT AT **F.C.I.** FORT WORTH MEDICAL FACILITY, LOCATED AT P.O. BOX 15330, FORT WORTH, TEXAS. 76119, WHO AT THE TIME RELEVANT HERETO, WAS IN CHARGE OF THE F.C.I. FEDERAL MEDICAL CLINIC. THE MEDICAL DEPARTMENT FAILED AND DEPRIVED HIM OF APPROPRIATE MEDICAL ATTENTION TO HIS SHOULDER. PLAINTIFF CONTINUED SUFFERING FROM PAIN AND RECEIVED NO MEDICAL ATTENTION. HE NEEDS A RE-EVALUATION OF HIS PRIOR SURGERY AS RECOMMENDED AND ORDER BY DOCTOR BRIAN G. WEBB AT FORT WORTH, TEXAS HOSPITAL. (Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you).

**DEFENDANT #3**: MS. WOODER, PHYSICAL THERAPIST AT F.C.I. FORT WORTH MEDICAL FACILITY, LOCATED AT P.O.BOX 15330, FORT WORTH, TEXAS 79119, AND WHO AT ALL TIMES RELEVANT HERETO WAS ASSIGNED BY THE B.O.P. AS PHYSICAL THERAPIST SHE DENIED PLAINTIFF THE NEEDED PHYSICAL THERAPY ATTENTION DESPITE MANY SICK-CALLS FOR PAIN IN HIS SHOULDER THAT WAS AND IS CAUSING MAJOR PROBLEMS THAT HE IS UNABLE TO USE HIS LEFT SHOULDER. MS. WOODER, PHYSICAL THERAPIST, FAILED TO ISSUE A MEDICAL HOLD AND STOP THE TRANSFER FOR RE-EVALUATION OF HIS SHOULDER BECAUSE MS. WOODER KNEW THAT HE NEEDED THE **M.R.I.** OR THE **CAT-SCAN** ORDERED BY DOCTOR, DOCTOR BRIAN G. WEBB. (Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you).

**DEFENDANT #4**: DOCTOR, BRIAN G. WEBB. ORTHOPAEDIC SURGERY,AS A CONTRACTOR OF THE F.C.I. FORT WORTH, MEDICAL FACILITY. LOCATED AT UNIVERSITY OF NORTH TEXAS 885 MONTGOMERY ST. FORT WORTH,TX 76106 AND WHO AT THE TIMES RELEVANT HERE TO WAS ASSIGNED BY THE B.O.P. AS A DOCTOR ORTHPAEDIC SURGERY. REINA IS IN PAIN IN HIS SHOULDER THAT IS CAUSING MAJOR PROBLMS THAT HE IS UNABLE TO LIFT HIS LEFT SHOULDER AND UNABLE TO LIFT HIS LEFT ARM-UP BECAUSE DOCTOR BRIAN G. WEBB DID A MAL-PRACTICE SURGERY IN REYNA LEFT SHOULDER. (Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you).

**DEFENDANT #5**: THE WARDEN OF REEVES COUNTY DETENTION CENTER LOCATED AT 98 WEST COUNTY RD 204, P.O. BOX 1560 PECOS, TX. 79772, AND WHO AT ALL TIMES RELEVANT HERETO, WAS ASSIGNED BY **G.E.O.** GROUP AS WARDEN DENIED PLAINTIFF THE NECESSARY MEDICAL ATTENTION. DESPITE SEVERAL SICK-CALLS TO HIS SHOULDER INJURY, AND REQUESTS FOR MEDICAL RECORDS WAST IGNORED BY THE MS. TABOY MEDICAL DIRECTOR, THE WARDEN AND MEDICAL STAFF. (Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you).

**DEFENDANT #6**: MEDICAL DEPARTMENT AT REEVES COUNTY DETENTION CENTER, LOCATED AT 98 WEST COUNTY RD, #204, P.O.BOX 1560 PECOS, TEXAS 79772, AND WHO AT ALL TIMES RELEVANT HERETO, WAS ASSIGNED BY **G.E.O. GROUP**, AND DENIED DEPRIVED PLAINTIFF OF APPROPRIATE MEDICA ATTENTION. PLAINTIFF HAD INFORMED THAT HE IS SUFFERING FROM HIGH BLOOD PRESSURE, HIGH CHOLESTEROL AND DIABETES; HE HAD ALSO INFORMED THE MEDICAL DEPARTMENT THAT HE NOT RECEIVING THE NEEDED MEDICAL CARE FOR HIS LEFT SHOULDER AND AS A RESULT OF WHICH WAS SUFFERING FROM MUCH PAIN AND DISCOMFORT. (Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you).

**DEFENDANT #7**: R.C.D.C. I-II WHERE HE IS CURRENTLY INCARCERATE,LOCATED AT P.O. BOX 1560, PECOS, TX. 79772, HAS DENIED AND DEPRIVED HIM OF ADEQUATE MEDICAL ATTENTION, WHICH IS IN VIOLATION OF HIS DUE PROCESS CLAUSES OF FIFTH AND FOURTEENTH AMENDMENTS BY NOT PROVIDING THE APPROPRIATE MEDICAL CARE FOR HIS PAINTFUL SHOULDER,DIABETES, CHOLESTEROL AND HIGH BLOOD PRESSURE.

DEPRIVED HIM OF APPROPRIATE MEDICAL CARE, AFTER BEING TRANSFERRED FROM
**F.C.I. FEDERAL CORRECTION INSTITUTION**, FROM **FORT WORTH, MEDICAL FACILITY**
PLAINTIFF HAD REQUESTED ALL HIS MEDICAL RECORDS AND HAS BEEN DENIED BY
REEVES COUNTY DETENTION CENTER COMPLEX I-II.
PLAINTIFF HAD REQUESTED FROM THE **HEALTH DEPATMENT AND MS. TABOY**,HIS
**RECORDS** BUT WAS DENIED BY **MS. TABOY MEDICAL DIRECTOR AND MEDICAL STAFF.**
THE ONLY EVIDENCE THAT PLAINTIFF HAS IS THE **# 1 REQUEST, # 2 INMATE
INMATE INFORMAL RESOLUTION FORM, # 3 INMATE GRIEVANCE ROFM, AND # 4 INMATE
ALL ADMINISTRATIVE REMEDIES** AND STILL DENIED; NOT OTHER RESPONSE HAS
BEEN RECEIVED FROM THE **ASSISTANT WARDEN, OR BY THE MEDICAL DEPARTMENT NOR
BY THE GEO GROUP.**
(Briefly describe the act(s) or omission(s) of this defendant which you
claimed harmed you.)

**DEFENDANT # 8; "GEO GROUP"** IS AT THIS TIME THE RELEVANT HERETO PRISON
WHERE PLAINTIFF WAS IN CUSTODY, AT FEDERAL CORRECTION INSTITUTION **F.C.I.**
FORT WORTH,TX. P O. BOX 15330. FORT WORTH TEXAS. 76119. AND HAS BEEN
TRANSFERRED TO AND CURRENTLY IN CUSTODY AT R.C.D.C. **LOCATED AT 98,WEST
COUNTY RD, 204, PO.BOX 1560. PECOS,TEXAS. 79772** PLAINTIFF HAS BEEN DENIED
AND DEPRIVED OF ADEQUATE MEDICAL ATTENTION AND IS A VIOLATION OF HIS DUE
PROCESS CLAUSES OF THE **FIFTH AND FOURTEENTH AMENDMENTS** BY NOT PROVIDING
APPROPRIATE MEDICAL CARE FOR PAINFUL SHOULDER PROBLEMS, DEPRIVING HIM
FROM GIVING ATTENTION TO HIS SHOULDER. PLAINTIFF WAS THE PATIENT **WHO HAD
A LEFT SHOULDER SURGERY.** DOCTOR **BRIAN G. WEBB**, HE IS THE DOCTOR DID THE
SURGERY AT **TERRANT COUNTY HOSPITAL DISTRICT AND SURGERY HOSPITAL OF HOSP-
ITAL OF ARLINGTON TEXAS**, AFTER BEING TRANSFERRED FROM (**F.C.I. FORT WORTH
MEDICAL FACILITY TO R.C.D.C. I-II.** PLAINTIFF HAD REQUESTED ALL HIS MEDICAL
RECORDS AND MEDICAL CARE FROM R.C.D.C AND HAS BEEN DENIED BY THE MEDICAL
STAFF AND **MS.TABOY, MEDICAL DIRECTOR.** THE ONLY EVIDENCE THAT MR.REYNA,Jr.
HAS IS THE COPIES OF THE REQUESTS HE SENT TO DIFFERENT DEPARTMENTS. NO
OTHER RESPONSE HAS BEEN RECIVED FROM **SR. WARDEN, ASSISTANT WARDEN,MEDICAL
DEPARTMENT NOR BY GEO GROUP.** AFTER BEEN TRANSFERRED TO R.C.D.C. HE HAS
HURTING AND SUFFEREING PAINFUL SHOULDER PROBLEMS, R.C.D.C. DEPRIVED HIM
THE NEEDED TREATMENT.
(Briefly describe the act(s) or omission(s) of this defendant which you
claimed harmed you.)

**DEFENDANT # 9:** THE BUREAU OF PRISONS OF TEXAS, THE **GEO GROUP** FACILITY HAS
CONTRACTED WITH THE BUREAU OF PRISONS TO DETAIN PRISONERS AND HAS DENIED
AND DEPRIVED PLAINTIFF ADEQUATE MEDICAL ATTENTION WHICH IS A VIOLATION
OF HIS DUE PROCESS CLAUSE OF THE FIFTH **AND FOURTEENTH AMENDMENT** BY NOT
PROVIDING MEDICAL CARE FOR PAINFUL SHOULDER PROBLEMS, HE IS UNABLE TO
MOVE AND USE HIS **ARM AND SHOULDER.** PLAINTIFF HAD REQUESTED THE MEDICAL
RECORDS FOR HIS SURGERY IN HIS SHOULDER AND WAS DENIED BY MEDICAL STAFF.
THE ONLY EVIDENCE THAT REYNA HAS IS THE COPIES OF THE REQUESTS HE SENT
TO DIFFERENT DEPARTMENTS.
(Briefly describe the act(s) or omission(s) of this defendant which you
claimed harmed you.)

**V. STATEMENT OF CLAIM:**
STATE HEREIN A SHORT AND PLAIN STATEMENT THE FACTS OF YOUR CASE, THAT IS,
WHAT HAPPENED, WERE DID IT HAPPEN, WHEN DID HAPPEN, AND WHO WAS INVOLVED
DESCRIBE HOW EACH DEFENDANT IS INVOLVED. YOU NEED NOT GIVE ANY LEGAL
ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOY INTEND TO ALLEGE A NUMBER OF RELATED CLAIMS NUMBER AND SET
FORT EACH CLAIM IN A SEPARATE PARAGRAPH. ATTACH EXTRA PAGES IF NECESS
ARY, BUT REMEMBER THAT THE COMPLAINT MUST BE STATED BRIEFLY AND CONCISELY
**IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.**
THE **(GEO)** FACILITY HAS CONTRACTED WITH THE BUREAU OF PRISONS DEPT.
TO DETAIN AND HOLD PRISONERS.PLAINTIFF HAS BEEN SUFFERING FROM LEFT
SHOULDER PAIN, HIGH BLOOD PRESSURE, CHOLESTEROL, AND DIABETES. PLAINTIFF
WAS TRANSFERRED FROM F.C.I. FORT WORTH MEDICAL FACILITY, AND HAD BEEN
DENIED ADEQUATED MEDICAL ATTENTION IN R.C.D.C.I-II. PLAINTIFF ARRIVED
AT REEVES COUNTY DETENTION CENTER, REQUESTING ATTENTION FOR HIS SHOULDER
AND WAS DENIED, THIS DERIVING HIM OF APPROPRIATE MEDICAL CARE AND PHYSI
CAL THERAPY FOR OVER (8) MONTHS THAT HE WAS UNDERGOING EVERY DAY BEFORE
HIS TRANSFER          SEE ATTACHMENT " A "  ( PAGE # 9 )

**VI.  RELIEF:** STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MADE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

TO ASSESS COMPENSATORY DAMAGES AGAINST **(F.C.I.) FORT WORTH MEDICAL
FACILITY AS A DEFENDANT** IN THE AMOUNT OF **$ 1,200,000** FOR UNNECESSARY
PAIN AND ANOTHER **$ 1,500,000** FOR MENTAL SUFFERING AND COMPENSATORY DAM-
AGES AGAINST **(GEO GROUP) REEVES COUNTY DETENTION CENTER**, THE MEDICAL DEPT
AS A DEFENDANT IN THE AMOUNT OF **$ 800,000** FOR UNNECESSARY PAIN AND ANOTHER
**$ 800,000**FOR MENTAL SUFFERING PURSUANT TO RULE 28 OF THE FEDERAL RULE OF
CIVIL PROCEDURE.
PLAINTIFF HEREIN DEMANDS A JURY TRIAL ON ALL ISSUES TRIABLE BY RIGHT
TO JURY IN THIS CASES OF ACTION; PERMANENTLY ENJOIN THE PRACTICE OF THE
**(F.C.I.)** MEDICAL FACILITY FORT WORTH, TX. AND EMPLOYEES FROM PLACING
PRISIONER IN, INADEQUATE FACILITY WHICH SUBJECTS PLAINTIFF TO UNREASO-
NABLE **RISK OF HARM, INJURY, ANGUISH, PAIN AND MENTAL SUFFERING CONSTANTLY.**

**VII.  GENERAL BACKGROUND INFORMATION:**
**A)**  STATE,IN COMPLETE FORM, ALL NAMES YOU  HAVE EVER USED OR BEEN KNOW
BY INCLUDING ANY AND ALL ALIASES:

**WARDEN**, FROM (F.C.I) FORT WORTH, TX. **Mr. WILLIAMSON**, MEDICAL DIRECTOR.
**Ms. WOODER**, PHYSICAL THERAPIST, HEALTH DEPARTMENT DIRECTOR, AND **Ms.IVORY**,
WITH THE OBLIGATION OF UNIT MANAGER.
**WARDEN**, FROM REEVES COUNTY DETENTION CENTER COMPLAX I-II, **Ms.TABOY**,
**MEDICAL DIRECTOR, MEDICAL DEPARTMENT, AND Ms. FONTAN** WITH THE OBLIGATION
OF UNIT MANAGER AND THE **(GEO GROUP)**.

**B)**  LIST ALL **TDCJ-ID** IDENTIFICATION NUMBERS YOU HAVE EVER BEEN ASSIGNED
AND ALL OTHER STATE OR FEDERAL PRISONS OR F.B.I. NUMBERS EVER ASSIGNED
TO YOU, IF KNOW TO YOU.
1). FEDERAL PRISON NUMBER # 25048-177
2). F.B.I. NUMBER #532395HA7

**VIII.  SANCTIONS:**

**A)**  HAVE YOU BEEN SANCTIONED BY ANY COURT AS A RESULT OF ANY LAWSUIT
YOU HAVE FILED?_____YES **X**  NO

B)   IF YOU ANSWER IS "YES" GIVE THE FOLLOWING INFORMATION FOR EVERY LAWSUIT IN WHICH SANCTIONS WHERE IMPOSED. ( IF MORE THAN ONE,  USE ANOTHER PIECE OF PAPER AND ANSWER THE SAME QUESTION.)

1. COURT THAT IMPOSED SANCTION (IF FEDERAL, GIVE THE DISTRICT AND DIVISION): _____
2. CASE NUMBER: _____
3. APPROXIMATE DATE SANCTIONS WERE IMPOSED: _____
4. HAVE THE SANCTION BEEN LIFTED OR OTHERWISE SATISFIED?___YES____NO

C)   HAS ANY COURT EVER WARNED OR NOTIFIED YOU THAT SANCTIONS COULD BE IMPOSED?        YES____NO
D)   IF YOUR ANSWER IS "YES", GIVE THE FOLLOWING INFORMATION FOR EVERY LAWSUIT IN WHICH WARNING WAS IMPOSED. (IF MORE THAN ONE, USE ANOTHER PIECE OF PAPER AND ANSWER THE SAME QUESTIONS.)

1.   COURT THAT IMPOSED SANCTIONS (IF FEDERAL, GIVE THE DISTRICT AND DIVISION): _____
2.   CASE NUMBER: _____
3.   APPROXIMATE DATE SANCTIONS WERE IMPOSED:

EXECUTED ON_____
                        DATE


                              _____
                              SIGNATURE OF PLAINTIFF


PLAINTIFF'S DECLARATION
1.   I DECLARE UNDER PENALTY OF PERJURY ALL FACTS PRESENTED IN THIS COMPLAINT AND ATTACHMENTS THERETO ARE TRUE AND CORRECT.
2.   I UNDERSTAND IF I AM RELEASED OR TRANSFERRED, IT IS MY RESPONSIBI-LITY TO KEEP THE COURT INFORMED OF MY CURRENT MAILING ADDRES AND FAILURE TO DO SO MAY RESULT IN THE DISMISSAL OF THIS LAWSUIT.
3.   I UNDERSTAND THAT I MUST EXHAUST ALL AVAILABLE ADMINISTRATIVE REMA-DIES PRIOR TO FILING THIS LAWSUIT.
4.   I UNDERSTAND I AM PROHIBITED FROM BRINGING AN IN FORMA PAUPERIS LAWSUIT IF I HAVE BROUGHT THREE OR MORE CIVIL ACTION IN A COURT OF THE UNITED STATES WHILE INCARCERATED OR DETAINED IN ANY FACILITY, WHICH LAW-SUITS WEWE DISMISSED ON THE GROUND THEY WERE FRIVOLOUS, OR FAILED TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, UNLESS I AM UNDER IMM-INENT DANGER OF SERIOUS PHYSICAL INJURY.
5.   I UNDERSTAND EVEN IF I AM ALLOWED TO PROCEED WITHOUT PREPAYMENT OF COSTS, I AM RESPONSIBLE FOR THE ENTIRE $ 150,OO. FILING FEE AND COSTS ASSESSED BY THE COURT, WHICH SHALL BE DEDUCTED IN ACCORDANCE WITH THE LAW FROM MY INMATE ACCOUNT BY MY CUSTODIAN UNTIL THE FILING FEE IS PAID.


SIGNED _September_ DAY OF _30_ 2014.    _____
                                        SIGNATURE OF PLAINTIFF

WARNING: The plaintiff is hereby advised any false or deliberately misl-eading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may imse include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

## CERTIFICATE OF SERVICE

CASE NAME: ANDRES REYNA MARES,JR.  V. WARDEN, F.C.I. FORT WORTH
MEDICAL FACILITY, MR. WILLIAMSON, MEDICAL DIRECTOR FROM F.C.I.
FORT WORTH MEDICAL FACILITY, MS. WOODER, PHYSICAL THERAPIST FROM
F.C.I. FORT WORTH MEDICAL FACILITY, AND DOCTOR BRIAN G. WEBB, AS
MEDICAL CONTRACTOR FROM F.C.I. FORT WORTH MEDICAL FACILITY, ET,AL.
LOCATED AT F.C.I. FORT WORTH MEDICAL FACILITY, P.O. BOX 15330
FORT WORTH, TEXAS 79119.
LOCATED DOCTOR  BRIAN G. WEBB,  F.C.I. MEDICAL CONTRACTOR AT 885
MONTGOMERY ST, FORT WORTH, TEXAS 76106.

CASE NAME: ANDRES REYNA MARES,JR.  V. WARDEN, BOBBY THOMPSON, FROM
REEVES COUNTY DETENTION CENTER COMPLEX (I-II), BUREAU OF PRISONS
(GEO GROUP), MS. TABOY, MEDICAL DIRECTOR,(GEO GROUP), MEDICAL
DEPARTMENT (GEO GROUP), ET,AL.
ALL LOCATED AT REEVES COUNTY DETENTION CENTER (I-II) P.O. BOX 1560
PECOS, TEXAS 79772.

CASE NAME: ANDRES REYNA MARES,JR. AS A PLAINTIFF REQUEST THE COURT
CLERK TO SERVED EACH DEFENDANT A COPY OF THE LAWSUIT.

     I CETRIFY THAT A COPY OF THE COMPLAINT AND DEMAND FOR JURY
TRAIL AND ITS ATTACHED(S) WAS SERVED, EITHER IN PERSON OR BY MAIL,
ON THE PERSON(S) LISTED BELOW.

DATE: _December/22/2014_

_Signature_
ANDRES REYNA MARES,JR.
REG.# 25048-177  (PRO-SE)
R.C.D.C. I-II
P.O. BOX 79772
PECOS, TEXAS 79772

TO:
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
410 S. CEDAR ST.
PECOS, TEXAS 79772

OFFICE OF THE CLERK

TO:
UNITED STATES ATTORNEY'S OFFICE
UNITED STATES COURTHOUSE
410 S. CEDAR ST, ROOM 255
PECOS, TEXAS 79772

ATTACHMENT  " A "        ANDRES REYNA MARES,Jr.
FROM PAGE (6)                BOP # 25048-177
                              P.O. BOX 1560
                           PECOS, TEXAS. 79772.

---

REYNA HAS SENT REQUESTS AND ALL ADMINISTRATIVE REMEDIES TO THE MEDICAL
DEPT, AND THE WARDEN ( SEE ATTACHMENTS ) ALL REQUESTS AND ADMINISTRATIVE
REMEDIES FILED BY PLAINTIFF TO DIFFERENT DEPARTMENTS.
ANDRES REYNA HAS BEEN DIAGNOSED WITH **JOINT ARTHROSIS AND AC SEPARETION
HERE AT REEVES COUNTY DETENTION CENTER I-II.**
PLAINTIFF NEED MEDICAL ATTENTION IN HIS SHOULDER AND IS NOT RECEIVING
ANY ATTENTION OR PHYSICAL THERAPY FOR OVER (8) MONTHS AFTER HIS DIAGNOSIS
OF JOINT ARTHROSIS AND JOINT SEPARATION.

PLAINTIFF HAS INFORMED MEDICAL STAFF THAT HE IS SUFFERING FROM PAINFUL
SHOULDER, HIGH BLOOD PRESURE, CHOLESTEROL, AND BIABETES, AND ALSO HAS
INFORMED THAT HE IS IN PAIN AND **UNABLE TO HAVE THE FULL USE OF HIS LEFT
SHOULDER AND UNABLE TO USE HIS LEFT ARM.**

PLAINTIFF HAS BEEN SUFFERING AS A CONSEQUENCE OF LACK OF MEDICAL CARE
AND PHYSICAL THERAPY, HIS EIGHT AMENDMENT RIGHT HAS BEEN VIOLATED WHEN
**Ms. WOODER,WAS HIS PHYSICAL THERAPIST, AND SHE REMOVED HIS RESTRICTION
WITHOUT PERMISSION FROM ORTHOPEDIC DOCTOR BRIAN G,WEBB.** AND NOTED THE
PUNISHMENT FOR MISSING A MEDICAL APPOINTMENT, THIS BEING EVIDENCE OF A
TOTAL DISREGARD FOR INMATE'S HEALTH AND SAFETY.

PLAINTIFF CLAIMS THAT AT REEVES COUNTY DETENTION CENTER COMPLEX WHERE
HE IS HOUSED AS A PRISONED IS IN VIOLATION OF HIS DUE PROCESS CLAUSES
OF THE FIFTH, EIGTH, AND FOURTEENTH AMENDMENTS BY NOT PROVIDING AN APP-
ROPRIATE PHYSICIAN AND MEDICAL CARE FOR HIS PAINFUL SHOULDER PROBLEM.

ON APRIL 24,2012 Mr. ANDRES REYNA MARES,Jr. WAS TAKEN TO TERRANT COUNTY
HOSPITAL AND **DOCTOR BRIAN G, WEBB.** DID THE **ROTOR CUFF REPAIR SURGERY,
SEE ATTACHMENT " B B "** Mr.**REYNA AS A PLAINTIFF,** HAD REQUESTED ALL HIS
MEDICAL RECORDS, AND HAS BEEN DENIED BY **R.C.D.C.I-II.** HE HAS REQUESTED
FROM THE HEALTH DEPARTMENT WHICH HAS BEEN DENIED BY THE MEDICAL STAFF.
THE **ONLY** EVIDENCE THAT PLAINTIFF HAS ARE THE COPIES OF THE REQUESTS
AND ALL ADMINISTRATIVE REMEDIES HE HAS SENT TO DIFFERENT DEPARTMENTS.
NO RESPONSE HAS BEEN RECEIVED FROM THE ASSISTANT WARDEN, THE MEDICAL
DEPARTMENT, OR FROM (THE GEO GROUP).

RESPECTFULLY SUBMITTED

DATE _9/30/2014_                    _____
                                    ANDRES REYNA MARES,Jr.
                                    PRO-SE

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVE OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See Instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS PECOS, DIVISION | ANDRES REYNA MARES, JR. # 25o48-177 R.C.D.C. I-II P.O. BOX 1560 PECOS, TEXAS 79772 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 12/10/1967 | 5. MARITAL STATUS MARRIED | 6. DATE AND DAY OF ACCIDENT 5/1/2011 UNTIL 4/24/2012 | 7. TIME (A.M. OR P.M.) CONTINUE |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

**SEE ATTACHMENT**

**PAGE # 1**

**9.** PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

**N/A**

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instruction on reverse side.)

**N/A**

**10.** PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

**SEE ATACHMENT**

**PAGE # 2**

**11.** WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| | |

| 12. (See Instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| | $ 2,000,000 | | $ 2,300,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAI AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See Instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| *[signature]* | | 9/30/2014 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTIC

**ATTACHMENT " # 8 "**
**STANDARD FORM # 95**

ANDRES REYNA MARES,JR.
BOP # 25048-177
P.O. BOX 1560
PECOS, TEXAS 79772

---

THE **(GEO GROUP)** FACILITY HAS CONTRACTED WITH THE BUREAU OF PRISONS OFFICES TO DETAIN AND HOLD PRISONERS. PLAINTIFF HAS BEEN SUFFERING FROM LEFT SHOULDER PAIN,HIGTH BLOOD PRESSURE, CHOLESTEROL, AND DIABETES. PLAINTIFF WAS TRANSFERRED FROM FEDERAL CORRECTIONAL INSTITUTION FOER WORTH MEDICAL FACILITY, AND HED BEEN DENIED ADEQUATE MEDICAL ATTENTION IN REEVES COUNTY DETENTION CENTER.
PLAINTIFF ARRIVED AT **R.C.D.C. I-II.** REQUESTING ATTENTION FOR HIS SHOULDER AND WAS DENIED APPROPRIATE MEDICAL ATTENTION AND HAS BEEN WITHOUT PHYSICAL THERAPY FOR HIS SHOULDER FOR OVER (8) MONTHS, THAT HE WAS GITTING EVERY DAY BEFORE HE GAT TRAMSFERRED TO R.C.D.C.
PLAINTIFF SENT REQUESTS AND ALL ADMINISTRATIVE REMEDIES TO MEDICA, AND TO THE WARDEN ( **SEE ATTACHED ALL REQUESTS FILED BY PLAINTIFF TO DIFFERENT DEPARTMENTS. )**

ANDRES REYNA MARES,JR. HAS BEEN EXAMINED AND HAS BEEN DIAGNOSED WITH **JOINT ARTHROSIS AND A.C. JOINT SEPARATION.**

PLAINTIFF NEED MEDICAL ATTENTION, AND HE IS NOT RECEIVING MEDICAL ATTENTION THAT IS VERY IMPORTANT FOR HIS SHOULDER. BECAUSE PLAINTIFF IS UNABLE TO HAVE THE FULL USE OF HIS LEFT SHOULDER AND UNABLE TO USE HIS LEFT ARM. ALL THIS A CONSEQUENCE OF BAD SURGERY THAT **DOCTOD WEBB DID ON APRIL 24, 2012.**
PLAINTIFF ARRIVED AT THIS FACILITY ON 12/19/2013. WITH THE HISTORY OF LEFT SHOULDER PAIN AND HAVING HAD A SURGERY ON 4/24/2012. WAS SEEN BY THE PHYSICIAN ON 1/11/14. WHO TOOK (X RAYS) WHICH REVEALED JOINT ARTHSOSIS AND A.C. JOINT SEPATATION. AND FOR WHICH HE IS NOT RECEIVING THE PROPER MEDICAL ATTENTION. PLAINTIFF HAD WRITTEN SEVERAL TIMAS TO THE MEDICAL DEPARTMENT AND IS NOT RECEIVING ANY RESPONSE NOR ATTENTION FOR HIS SHOULDER PAIN PROBLEMS. PLAINTIFF HAD FILED MEDICAL REQUESTS APPROPRIATELY AND STILL BEING DENIED MEDICAL ATTENTION AND THERAPY THAT HE WAS RECEIVING EVERY DAY AT F.C.I. WHICH HE HAS NOT RECEIVED SINCE BEING AT R.C.D.C. FOR OVER (8) MONTHS. MS. WOODER WAS THE PHYSICAL THERAPHIST AT FORT WORTH MEDICAL FACILITY ( F.C.I. ).
PLAINTIFF HAVE BEEN INFORMED THAT HE IS SUFFERING FROM PAIN IN HIS SHOULDER, HIGH BLOOD PRESSURE, CHOLESTEROL, AND DIABETES AND ALSO HAVE BEEN INFORMED THAT IS NOT RECEIVING ANY ATTENTION FOR HIS SHOULDER AND HE IS FUFFERING BECAUSE HE IS ON PAIN AND UNABLE TO HAVE HIS FULL USE OF HIS LEFT ARM AND SHOULDER. AS CONSEQUENCE OF HIS MEDICAL NEED IT AND ATTENTION.

PLAINTIFF IS CLAIMS THAT AT R.C.D.C. COMPLEX WHER HE IS HOUSED AS A PRISONER ARE IN VIOLATION OF HIS DUE PROCESES CLAUSES OF THE FIFTH AND FOURTEENTH AMENDMENTS BY NO PROVIDING APPROPRIATE MEDICAL CARE FOR PAINFUL SHOULDER PROBLEMS.

ON ABOUT DECEMBER 6, 2013. ANDRES REYNA MARES,JR. WAS TRANSFFER FROM FORT WORTH MEDICAL FACILITY (F.C.I.). AND ARRIVED TO REEVES COUNTY DETENTION CENTER COMPLEX ON DECEMBER **19,** 2013.BEEN HURT AND SUFFERING ON PAIN IN HIS LEFT SHOULDER.

ANDRES REYNA MARES,JR
PRO-SE

ATTACHMENT " # 10 "          ANDRES REYNA MARES,JR.          PAGE 2 TO 2
STANDARD FORM # 95               BOP # 25048-177
                                 P.O. BOX 1560
                             PECOS, TEXAS. 79772.

---

PLAINTIFF ALLEGES EMOTIONAL DISTRESS, DAMAGES FOR PSYCHIATRIC TRAUMA
AND DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS OF PLAINTIFF AND
UNNECESSARY AND WANTON INFLICTION OF PAIN AND SUFFERING.
MY LEFT ARM AND SHOULDER IS HURTING INTOLERABLY, THE PAIN AND SUFFERING
HAS BEEN  COMPOUNDED BY THE REEVES COUNTY DETENTION CENTER COMPLEX.
MEDICAL FACILITY BEING IGNORING MY MANY COMPLAINTS AND REQUESTS FOR
MEDICAL CARE AND MEDICAL ATTENTION ON MY SHOULDER.

RESPECTFULLY SUBMITTED
*September/30/2014*
            DETE

                                        *Reyna jr*
                                   ANDRES REYNA MARES,JR.
                                   PRO-SE.

CLERK OF THE COURT
WESTER DISTRICT OF TEXAS
LUCIUS D. BUNTON III, U.S. COURTHOUSE
410 SOUTH CEDAR
PECOS, TEXAS 79772


DEAR: CLERK OF COURTHOUSE

COMES  NOW, MY NAME IS **ANDRES REYNA MARES,JR.**  AND I RESPECTFULLY SUBMIT THIS <u>TITLE UNDER 42 U.S.C. §1983</u> CIVIL COMPLAINT.
FIRST OF ALL I WOULD LIKE TO EXPRESS MY GRADITUDE FOR THIS OPPORTUNITY TO RESPECT-FULLY THIS COMPLAINT AS I REQUEST THAT THE COURT HAVE THE MENTION NAMES OF THE DEFENDANTS TO BE **SUMMONS BY THE U.S. MARSHALL** IN PURSUANT <u>TITLE 28, FED R. OF CIVIL PROCEDURE RULE § 5</u> AS I THANK THE CLERK OF THE COURT IN ANTICIPATION, AS I AWAIT THE COURT SWIFT AND KIND RESPOND AND THAT MY CIVIL COMPLAINT WILL BE **GRANTED** WITHOUT PREJUDICE.


<u>9-30-2014</u>
DATE

_(signature)_
ANDRES REYNA MARES,JR.
BOP.# 25048-177
R.C.D.C. I-II
P.O. BOX 1560
PECOS, TEXAS 79772

10

ANDRES REYNA MARES, JR.
BOP. # 25048-177
P.O. BOX 1560
PECOS, TEXAS. 79772


ATTACHED " B B "
FROM PAGE (9)

**OPERATIVE/PROCEDURE REPORT**          ADMIT DATE: 04/24/2012
                                        DATE OF OP/PROC: 04/24/2012

DATE OF SERVICE: April 24, 2012

PREOPERATIVE DIAGNOSES:
1. Left shoulder instability/dislocations leading to rotator cuff tear.
2. Subacromial impingement.
3. Acromioclavicular joint arthritis.

POSTOPERATIVE DIAGNOSES:
1. Left shoulder Bankart tear/instability.
2. Rotator cuff tear, chronic.
3. Subacromial impingement.
4. Acromioclavicular joint arthritis.
5. Significant synovitis in shoulder.
6. Cartilage defect of glenoid.

PROCEDURES PERFORMED: Left shoulder arthroscopic:
1. Bankart repair/capsulorrhaphy.
2. Mini-open rotator cuff repair.
3. Arthroscopic subacromial decompression.
4. Arthroscopic distal clavicle excision.
5. Arthroscopic glenohumeral joint debridement.

RESIDENTS:
1. Dr. Faustino Kazenske
2. Kevin Luttrell, MD

STAFF: Brian Webb, MD, who scrubbed for the case.

ANESTHESIA: General with a preoperative interscalene block by the anesthesia team.

FINDINGS: As dictated.

SPECIMEN REMOVED: None.

ESTIMATED BLOOD LOSS: Less than 50 mL.

DRAINS: None.

COMPLICATION: None.

Dr. C. Eilert, D.O.
Medical Officer

25048 -177

TARRANT COUNTY HOSPITAL DISTRICT DIAGNOSTIC &    NAME: REYNA, ANDRES   DOB:   12/10/1967
              SURGERY HOSPITAL OF                MRN#: 36799203   PT#: 30104213175
                   ARLINGTON
              ARLINGTON, TX 76108                SERVICE ADS LOCATION:
              OPERATIVE/PROCEDURE REPORT         PHYSICIAN:   Brian Garry. Webb, M.D.

Page 1 of 4

Page 2 of 4
REYNA, ANDRES
36799203

OPERATIVE INDICATIONS: Andres is a 44-year-old male, dislocated shoulder several months ago, he was seen by me over the Federal Prison Clinic, and we found that he had severe weakness in his left shoulder. A CAT scan had been performed, which showed he had a massive supraspinatus and infraspinatus tendon tear as well as a Bankart tear. The patient did not have as much instability as weakness although he was not even able to get into the position to dislocate his shoulder too much, so after seeing that he was a young 44-year-old guy with this massive rotator cuff tear, the longer we would wait the harder would be to get this repaired. He had a lot of weakness. He has opted to go through with an arthroscopic versus open Bankart repair, rotator cuff repair subacromial decompression, distal clavicle excision, joint debridement, and other indicated procedures. Risks of the procedure including but not limited to, pain, bleeding, infection, damage to adjacent structures, need for more surgery, failure of surgery, continued pain, loss of range of motion/stiffness, blood clots, anesthesia complications, and even death, also risk of not healing, retear, continued instability, loss of range of motion/stiffness, arthritis, and no guarantees were given to him that he would be able to get back to his pre-level of activity. He understood all these risks and wished to proceed with surgery and consented.

OPERATIVE NOTE: After correct site form was filled out in the preoperative assessment area, the patient was brought back to the operating suite, was placed supine on the table under general anesthesia. He was then placed in the beach chair position with all bony prominences were fully padded. We did a time-out to make sure we were operating the correct limb. He received preoperative antibiotics. We prepped and draped the shoulder in the usual sterile fashion.

Diagnostic arthroscopy was performed making a posterior incision, anterior incision, and lateral incision. Lateral incision was placed in the subacromial space. Anterior incision was placed in the rotator cuff interval.

Glenohumeral joint, severe tons of synovitis throughout the shoulder and extensive debridement was performed removing all this debris. He had a lot of debris down in the axillary recess, which was sucked out. We cleaned up his all the synovitis in his shoulder. He also had a Bankart tear with a flap of articular cartilage that was coming off the anterior inferior part of the glenoid, this was debrided also, this was several areas, so this will be an extensive debridement. The anterior inferior labrum was completely off and the capsule was loose, I felt that we are going to do a rotator cuff repair. We should get the shoulders as stable as possible, so that it does not re-dislocate and tear for rotator cuff repair, so we went ahead and did the capsulorrhaphy/Bankart repair. We freed up the anterior inferior labrum, used a spatula and cleaned that off. A shaver was used again to do the bony to the articular cartilage work. We then used a bur to get bleeding bone on the anterior inferior glenoid. The capsule was freed up and the Arthrex 2-9 push locks were used doing a cinch knot technique and putting in 3 of the cinch knots working our up grabbing capsule and labrum and putting the labrum and capsule very nicely up onto the face of the glenoid to give us a nice Bankart repair. We worked our way from inferiorly up to superiorly to tighten up the capsule and put this labrum back on. We made a nice bumper when we were completed.

25048-177

~lert, D.O.
~l Officer

TARRANT COUNTY HOSPITAL DISTRICT DIAGNOSTIC & NAME: REYNA, ANDRES   DOB:   12/10/1967
SURGERY HOSPITAL OF             MR#: 2 36799203  PT#: 30104213175
ARLINGTON
ARLINGTON, TX 76108             SERVICE: ADS LOCATION:
OPERATIVE/PROCEDURE REPORT       PHYSICIAN:   Brian Garry, Webb, M.D.

Page 2 of 4

Page 3 of 4
REYNA, ANDRES
36799203

The rotator cuff was completely torn and retracted back to the level of the glenoid. The biceps was firmly attached; however, we debrided on the superior labrum where he had some degenerative superior labrum and more glenohumeral joint debridement of that area was performed.

We moved into the subacromial space, tons of debris in the subacromial space, lot of bursal tissue, and very sharp downsloping anterolateral acromion. The ArthroCare wand was brought in to remove the bursal tissue as well as the shaver. The bur was used to remove the anterolateral acromion to do an acromioplasty. The distal clavicle had a lot of AC arthritis and some bone spur, so we did a distal clavicle excision coming in from the anterior portal, taking 8 mm of the distal clavicle from inferior to superior, lot of spurs in that joint that were also removed with loose fragments of bone. We took out the more bursal tissue with a shaver, felt this cuff tear was very retracted involved supraspinatus and infraspinatus and did not think that a good repair could be done through the scope.
A small mini open incision was made over the anterolateral aspect of the acromion. We split the deltoid in the anterior one-third and posterior two-third, dissected down to the subacromial space. The supraspinatus and infraspinatus rotator cuff were retracted a great deal. We had to freed this up using a cob and fraying all of this up. We were then able to put on a stay stitch using the scorpion and FiberWire. We were then able to use a Speed bridge technique with Swivel Locks self or nonself-punching Swivel Locks from Arthrex. We crisscrossed the sutures in the anterior part of the cuff. There was still some posterior part of the cuff that was on covered, so we used a Speed fix technique. A total 5 suture anchors were used. We used not only the fiber tape that was in the Swivel Locks, but also the fiber wire that was in the swivel locks and put in some more stitches to pull down the posterior aspect of the cuff. We actually had a nice very watertight seal of his rotator cuff, it was completely down to the bone. We flushed everything out with saline. We closed the split in the deltoid with #0 Vicryl, subcutaneous 2-0 Vicryl, and then Monocryl in the skin incisions. Sterile dressings including an immobilizer was placed on the shoulder. The patient was awakened and taken back to PACU in stable condition.

POSTOPERATIVE PLAN: We are going to do basic immobilization for 4 weeks, then we will start some passive gentle range of motion at 4 to 8-week mark, and active assist. No strengthening for 3 months, because we did both the Bankart and the rotator cuff repair that is why we are not going to start moving him. He is able to do wrist, elbow, and hand range of motion right away.

_Dr. G. Eilert, D.O._
_Signing Officer_

Brian Garry. Webb, M.D.

25048-177

TARRANT COUNTY HOSPITAL DISTRICT DIAGNOSTIC &   NAME:  REYNA, ANDRES   DOB:   12/10/1967
SURGERY HOSPITAL OF   MR#: 3 36799203   PTW: 30104213175
ARLINGTON
ARLINGTON, TX 76108   SERVICE: ADS LOCATION:
OPERATIVE/PROCEDURE REPORT   PHYSICIAN:  Brian Garry. Webb, M.D.

Page 3 of 4

Phone: (817) 321-0300   Fax: (817) 321-0329
**www.ratc.com**

| Patient Name: | REYNAMARES, ANDRES | | MRN: | RA3699047 |
|---|---|---|---|---|
| DOB: | 12/10/67 | SEX: M | Date of Exam: | 12/12/2011 |
| Physician: | TUBERA, BUTCH, MD | | Accession: | 4135634 |

**Exam:**        CT ARTHROGRAM LEFT SHOULDER (73201)
**Reason:** INMATE #25045177, ROTATOR CUFF, LABRAL TEAR

### Final Report

## EXAM: CT ARTHROGRAM LEFT SHOULDER (73201)

HISTORY: INMATE #25045177. Left shoulder pain.

PROCEDURE: A standard CT of the left shoulder was performed following the intra-articular administration of Omnipaque 350 into the glenohumeral joint. Sagittal and coronal reconstructed images were also obtained.

COMPARISON: None.

FINDINGS: A 7.5-mm well corticated ossific density is seen 2 cm medial to the inferior aspect of the glenoid. This finding is best visualized on axial image 80 and coronal reconstructed image number 45. This may represent an old avulsion injury. No acute fracture is seen.

Mild acromioclavicular joint osteoarthritis is present. No abnormal anterior or lateral downsloping of the acromion is seen. There is a type II acromion.

There is a full thickness tear involving the supraspinatus and infraspinatus tendons. This tear measures approximately 5 cm in mediolateral width by 4 cm in anterior-posterior diameter. A small to moderate amount of contrast extends through the tear into the subacromial subdeltoid bursa. The supraspinatus and infraspinatus musculotendinous junctions are retracted proximally by several centimeters. The humeral head is high riding with marked narrowing of the acromiohumeral space. Specifically, the top of the humeral head abuts the undersurface of the acromion.

Mild subchondral cyst formation is present within the lateral portion of the humeral head near the greater tuberosity.

This Facsimile may contain PRIVILEGED, CONFIDENTIAL AND/OR OTHERWISE PROTECTED INFORMATION intended only for the use of the addressee. Unauthorized distribution or use of the facsimile or its contents is strictly prohibited. If you are not the addressee, the person responsible for delivering this message to the addressee, or have received this facsimile in error, please immediately notify us by telephone at the number above and destroy this information. Thank you.



Tarrant County Hospital District

    1500 South Main Street
    Fort Worth, Texas 76104

IMAGING SERVICES CONSULTATION

MR#:    000036799203
Name:  REYNA, ANDRES
ADM#:  030093065446
DATE OF BIRTH:
DATE OF EXAM:  05/09/2011 13:40
REQUESTING PHYSICIAN:  BEEZLEY, JON
Ord#:  00004
Exam:  ELBOW LIMITED (LEFT)


*****Final Report *****

**********THIS IS A FINAL REPORT**********
DISCUSSION:
PROCEDURE:  ELBOW LIMITED (LEFT)
HISTORY:    POLICE HOLDING
 ARM INJ
COMPARISON:  none
FINDINGS:
AP and lateral views of the left elbow are submitted. There is a tiny
olecranon enthesophyte. There is no fracture or dislocation. The joint
spaces are maintained. The soft tissues are within normal limits.
IMPRESSION:
Slight degenerative change at the triceps tendon insertion.
No acute osseus abnormalities.
Interpreting Physician:  MICHAEL PETTIT
Reviewing Physician: MICHAEL PETTIT
Transcribed by / Date:  PSC / May  9 2011  1:55P
Approved Electronically by / Date: MICHAEL PETTIT / May  9 2011  1:55P
Distribution: PHYSICIAN EMERGENCY
 PHYSICIAN EMERGENCY

IMPRESSION:
Slight degenerative change at the triceps tendon insertion.
No acute osseus abnormalities.

Interpreting Physician:  MICHAEL PETTIT  126383 on May  9 2011  1:55P
Transcribed by: PSC
Approved Electronically by:  DR. MICHAEL PETTIT on:  May  9 2011  1:55P

Tarrant County Hospital District

     1500 South Main Street
     Fort Worth, Texas 76104

IMAGING SERVICES CONSULTATION

MR#:     000036799203
Name:   REYNA, ANDRES
ADM#:   030093227111
DATE OF BIRTH:
DATE OF EXAM:  05/13/2011 04:13
REQUESTING PHYSICIAN:  HORTON, STEPHEN MD
Ord#:  00002
Exam:  SHOULDER 2 VIEWS (LEFT)


*****Final Report *****

**********THIS IS A FINAL REPORT**********
DISCUSSION:
CLINICAL HISTORY:  ACE BED 13
    LT SHOULDER PAIN
FINDINGS:
AP and scapular Y view of the left shoulder are submitted. Comparison is
made with radiographs of the left shoulder the same date at 4:06 a.m.
Small oval ossific density is seen overlying the soft tissues laterally
adjacent to the mid body of the scapula, inferiorly adjacent the
glenohumeral joint. This structure is not significantly changed in size,
shape or appearance compared with prior exam and is not confidently
appreciated on scapular Y view. Left AC distances 8 mm. Left
coracoclavicular distance is normal. No adjacent soft tissue swelling.
The bones, joints and soft tissues are unremarkable.
IMPRESSION:
1. Stable appearance of ossific density inferiorly adjacent to
glenohumeral joint. This is of uncertain etiology and could represent an
avulsion fracture fragment. Recommend CT scan to further evaluate if
clinically indicated.
2. Apparent mild widening of the left AC joint. This is of uncertain
etiology and could represent a normal variant. Alternatively this could
represent a grade II AC joint injury. Recommend clinical correlation for
pain at this site. Comparison with contralateral shoulder may also be
helpful in further evaluation.
Interpreting Physician:  HAYDEN M JACK
Reviewing Physician: HAYDEN M JACK
Transcribed by / Date:  PSC / May 13 2011  9:13A
Approved Electronically by / Date: HAYDEN M JACK / May 13 2011  9:13A
Distribution: PHYSICIAN EMERGENCY
  PHYSICIAN EMERGENCY


IMPRESSION:
1. Stable appearance of ossific density inferiorly adjacent to
glenohumeral joint. This is of uncertain etiology and could represent an
avulsion fracture fragment. Recommend CT scan to further evaluate if
clinically indicated.
2. Apparent mild widening of the left AC joint. This is of uncertain
etiology and could represent a normal variant. Alternatively this could
represent a grade II AC joint injury. Recommend clinical correlation for
pain at this site. Comparison with contralateral shoulder may also be
helpful in further evaluation.

Interpreting Physician:  HAYDEN M JACK  133561 on May 13 2011  9:13A
Transcribed by: PSC
Approved Electronically by:  DR. HAYDEN M JACK on:  May 13 2011  9:13A

ANDRES REYNA MARES,JR.
BOP. # 25048-177
REEVES COUNTY DETENTION CENTER (I-II)
P.O. BOX 1560
PECOS, TEXAS 79772





PRIORITY® MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com

Label 107R, January 2008

LEGAL MAIL

UNITED STATES DISTR
PECOS, FEDERAL COUR
410 SOUTH CEDAR
PECOS, TEXAS 79772